UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| AMERICAN MODERN HOME | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16 CV 215 CDP |
| | ) |
| AARON THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

Plaintiff American Modern Home Insurance Company and defendant Thiemann Real Estate, LLC, jointly request that I continue the Rule 16 Conference in this case, which is presently scheduled for Friday, August 19, 2016. I will deny their request.

American Modern Home and Thiemann Real Estate are represented by counsel.[1] Defendants Aaron and Aimee Thomas are proceeding in this case pro se. While American Modern Home and Thiemann Real Estate request to continue the conference, I note that the Thomases neither joined in this request nor participated in crafting the Joint Proposed Scheduling Plan (ECF 27), which was submitted by American Modern Home on August 12. In view of these circumstances, I will keep this matter set for a conference so that all of the parties may provide me with the current status of this case.

---

[1] Counsel for Thiemann Real Estate just entered her appearance in this case yesterday, August 15, 2016.

Accordingly,

**IT IS HEREBY ORDERED** that American Modern Home Insurance Company and Thiemann Real Estate, LLC's Joint Motion to Continue Rule 16 Conference [29] is **DENIED**.

This matter remains set for conference on **Friday, August 19, 2016, at 11:00 a.m.** in my Courtroom 14-South.   **Counsel for plaintiff American Modern Home Insurance Company; counsel for defendant Thiemann Real Estate, LLC; and pro se defendants Aaron Thomas and Aimee Thomas must appear at the conference in person.**

                                          _____
                                          CATHERINE D. PERRY
                                          UNITED STATES DISTRICT JUDGE

Dated this 16th day of August, 2016.