UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN MODERN HOME INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:16 CV 215 CDP |
| AARON THOMAS, et al., | ) ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

Defendants Aaron and Aimee Thomas ask that I appoint counsel to assist them in their defense in this declaratory judgment action. I stayed the case pending resolution of their request. Upon review of the motion, the pleadings, and the present status of this matter, I find that the appointment of counsel would best serve the interests of justice and will therefore grant their motion. Because the Thomases will now be proceeding with the assistance of counsel, I will lift the stay and issue a new Order setting a Rule 16 conference.

Accordingly,

**IT IS HEREBY ORDERED** that the stay previously imposed in this case is LIFTED.

**IT IS FURTHER ORDERED** that defendants Aaron and Aimee Thomas's Motion for Appointment of Counsel [33] is GRANTED.

**IT IS FURTHER ORDERED** that **Kenneth R. Heineman of Husch Blackwell, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105; telephone (314) 480-1500; fax (314) 480-1505**, is appointed to represent defendants Aaron and Aimee Thomas in this matter. The Clerk of the Court shall provide newly-appointed counsel with access to the electronic court file at no cost.

This matter will be set for a Rule 16 conference by separate Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of August, 2016.